· SERVISS v. BOARD OF PUBLIC WORKS OF DETROIT.

115    63
s72NW1117
e132    478
132    479

MUNICIPAL CORPORATIONS—PRIVATE PLATS—CONFORMITY TO GEN-
ERAL PLAN.

> Section 304 of the Detroit charter, making it the duty of the board of public works to prepare a general plan of laying out into streets and alleys all unplatted lands within the city limits, and providing that no private plan shall be permitted which does not conform thereto, justifies the board in refusing to approve a private plat, where portions of the lands platted therein would be within the limits of a public street if such street should be extended according to the general plan. *Van Husan* v. *Heames* (unreported), followed.

*Certiorari* to Wayne; Carpenter, J. Submitted November 3, 1897. Decided November 17, 1897.

*Mandamus* by Clark A. Serviss and others to compel the board of public works of the city of Detroit to approve a plat of lands. From an order denying the writ, relators bring *certiorari*. Affirmed.

*Walker & Spalding*, for relators.

*C. D. Joslyn*, for respondent.

Per Curiam. The relators were denied *mandamus* to compel the respondent to approve a plat of certain lands in the city of Detroit, which was refused by the respondent because portions of the lands platted covered premises which would be within the limits of a public street if said street should be extended according to the plan adopted by the board under section 304 of the city charter. A copy of the provision relied on will be found in the case of *Van Husan* v. *Heames*, 91 Mich. 519. That case was before this court twice, upon different plats. The first raised the identical question in this case, and, while unreported, the record shows the following memorandum: "Denied, * * * because relator, under the statute, cannot plat lots within the line of proposed streets. Relative to dedication of streets and alleys not passed upon."

The order of the circuit court is affirmed.